# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE FLORES HERNANDEZ, § <br> # 00305602, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MOSES FLORES HERNANDEZ; ET § <br> AL., § <br> § <br> Defendants. § | SA-23-CV-01564-JKP |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff, Jose Flores Hernandez's 42 U.S.C. § 1983 Civil Rights Complaint for failure to comply with the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Hernandez's section 1983 claims against Defendants, Moses Flores Hernandez, Moses Villegas Hernandez, and Phil Bernal, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order.

SIGNED this 6th day of March, 2024.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE